UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 20 CR 378-1 |
| | ) | |
| STEPHON JOHNSON | ) | Judge Thomas M. Durkin |
| | ) | |

# MOTION TO DISMISS THE INDICTMENT
## AS TO STEPHON JOHNSON

The United States of America, by and through MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the indictment (Dkt. 38) in the above-captioned case as to defendant STEPHON JOHNSON without prejudice.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:   /s/ *Peter G. Madriñan*
PETER G. MADRIÑAN
Special Assistant U.S. Attorney
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 469-6306